UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Raven Dodge,
    Plaintiff

    v.

City of Concord, NH, et al.,
    Defendants

Civil No. 00-107-M

Opinion No. 2000 DNH 246X

O R D E R

After due consideration of the objection filed, I herewith

approve the Report and Recommendation (document no. 7) of

Magistrate Judge Muirhead dated October 31, 2000.  In accordance

with that recommendation, the complaint is dismissed.  This

dismissal counts as a strike against the plaintiff under

28 U.S.C. § 1915(g).

**SO ORDERED.**

Steven J. McAuliffe
United States District Judge

November 21, 2000

cc:  Raven Dodge, pro se

